Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone     (806) 748-1956 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

KENNETH DARRYL WOOD

CASE NO. 13-70200-HDH-13

| | |
|---|---|
| AKA1: | AKA2: |
| DBA1: | DBA2: |
| SS#1: xxx-xx- 1624 | SS#2: |

## REPORT OF 341 MEETING

I. 341 MEETING REPORT:

A. Orig. Date:  6/28/2013   Orig. Time:   12:00 PM        Reset Date:              Reset Time:

B. Meeting Results:    Adjourned

C. Debtor(s):   Debtor 1 Appeared

D. Attorney for Debtor(s):    Appeared

E. Creditor Appearance:   none

F. Amount Paid to the Trustee as of      6/28/2013    $190.00      First Payment Due Date:    6/30/2013

G. File Trustee's Motion to Dismiss because

H. B22C Information:      B22C Form is:    Complete

Budgeted Income:    $3,150.84    Expense:    $2,960.84    Surplus:    $190.00

Plan Payment:    $190.00  Monthly                    Plan Term(Months):    60

I. Value of Non-Exempt Property:      $0.00   Proposed Amount to Unsecured Creditors:      $0.00

____   Objection to Exemption of:

____   Repeat Filing (If case dismissed, it should be with prejudice)  Previous Case Numbers:

____   Object to Invoke Stay Pleading

____   Case Converted from Chapter 7, Bar Date Set:    9/26/2013   Date Converted from Chapter 7:

J. Required Information:   need proof of ss

K. Business Information:

L. Object to Confirmation:   Yes

Unable to verify income on Schedule I-need proof of SS
Excessive expenses in Schedule J:  $555 medical-yes, do spend that much, no objection
Schedule I fails to include income from wife's bookkeeping service

M. Financial Management Class:   Debtor 1 Appeared

N. Eligibility:

Certificate of Credit Counseling Filed:   Debtor 1 Only

Credit Counseling Provider Approved:              Yes

Debt Limits Exceeded (Secured-$1,081,400; Unsecured-$360,475):        No

O. Domestic Support Obligation:      $0.00   Current:        Arrears:      $0.00

Affidavit and Disclosure of Domestic Support Obligations Received:   Yes

P. Remarks:     Was spouse working in November? No sure
Does spouse earn any income from bookkeeping services? Yes it varies
1st pmt of $190 received 6/19/13, due 30th, no ww
confirmation hearing 7/17/13

Dated:   6/28/2013                                    /s/ Walter O'Cheskey

                                                 Standing Bankruptcy Trustee
                                                 By:    Angela Gonzales

| Case Number: | 13-70200 | | | | |
|---|---|---|---|---|---|
| Debtor: | WOOD | | | | |
| Attorney: | MJW | | | | |
| Presiding Officer: | Angela | | | | |
| Calculation Date: | | | | | 6/28/2013 10:49 |

| Domestic Support   Input name from Plan | Arrears Enter amount from Plan | Int. Rate Enter from Plan | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Secured Creditor/Collateral Input name from Plan | Value/Claim Amount Enter amount from Plan | Int. Rate Enter from Plan | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Priority Creditor       Input name from Plan | Value/Claim Amount Enter amount from Plan | | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |

| Attorney Fees         Paid Through the Plan | $3,380.00 | | | | $3,380.00 |
|---|---|---|---|---|---|
| Noticing Fees | $111.36 | | | | $111.36 |
| Clerk Filing Fees | | | | | $0.00 |

| Hardacre Minimum | $0.00 | <-------------- | | | |
|---|---|---|---|---|---|
| Chapter 7 Minimum (Gross) | $8,223.88 | | | | |
| Less Trustee Fees | $822.39 | | | | |
| Less Attorney Fees | $3,380.00 | | | | |
| Less Noticing Fees | $111.36 | | Greater Of --------> | | $3,910.13 |
| Less Clerk Filing Fees | $0.00 | | | | |
| Less Scheduled Priority Claims | $0.00 | | | | |
| Less Other (Explain Below) | $0.00 | | | | |
| Chapter 7 Minimum (Net) | $3,910.13 | <-------------- | | | |
| | | | | | |
| Total Scheduled General Unsecured Claims (Limits Greater of Hardacre or Chapter 7 Minimum) | | | | | $64,386.24 |

| Calculated Base (Admin, Secured, Priority, DSO, Lower of Minimum or Sched U/S & Trustee Fee) | $8,211.51 |
|---|---|
| Debtor Plan Base (Monthly Payment X Term) | $11,400.00 |
| Surplus (Debtor Plan Base - Calculated Base) | $3,188.49 |

| Comments: |
|---|

| | |
|---|---|
| **Case Number:** | 0 |
| **Debtor:** | 0 |
| **Attorney:** | 0 |
| **Presiding Officer:** | 0 |
| **Calculation Date:** | **6/28/2013 10:49** |

| | | |
|---|---|---|
| **Schedule I Gross Income** | | |
| **Less Line 57 B22C** | | $0.00 |
| | | |
| **Adjustments (Enter as positive to add, negative to subtract)** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Month Disposable Income Available** | | $0.00 |
| **Multiplier** | | 1 |
| **Minimum to Unsecureds** | | **$0.00** |

**Comments:**